**Order entered February 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00429-CR

### NATISHA MORGAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F-1271566-K**

## ORDER

The Court **GRANTS** appellant's January 30, 2015 motion to supplement the record. We **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental clerk's record containing a copy of appellant's pro se notice of appeal that bears the April 7, 2014 file-stamp from this Court and the August 20, 2014 file-stamp of the Dallas County District Clerk.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Felicia Pitre, Dallas County District Clerk, and to counsel for all parties.

/s/      LANA MYERS
           JUSTICE